## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ<br>(DROSPIRENONE) MARKETING, SALES<br>PRACTICES AND PRODUCTS LIABILITY<br>LITIGATION | )    3:09-md-02100-DRH<br>)<br>)    MDL No. 2100<br>)<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Linda Barney v. Bayer Corporation, et al.* | No. 3:10-cv-20011-DRH |
| *Marnie Gordon v. Bayer Corporation, et al.* | No. 3:10-cv-10431-DRH |
| *Amanda Marr v. Bayer Corporation, et al.* | No. 3:12-cv-11000-DRH |
| *Gina Tillman v. Bayer Corporation, et al.* | No. 3:10-cv-13506-DRH |
| *Sandra Wilcoxon v. Bayer Corporation, et al.* | No. 3:11-cv-11738-DRH |
| *Robyn Young v. Bayer Corporation, et al.* | No. 3:10-cv-10451-DRH |
| *Alyssa Zwingman v. Bayer Corporation, et al.* | No. 3:10-cv-10315-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 25, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:___/s/*Sara Jennings*
       Deputy Clerk

Dated: July 30, 2013

Digitally signed by
David R. Herndon
Date: 2013.07.30
10:08:15 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT